UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MIGUEL MUNOZ, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:13-cv-1068-TWP-DKL |
| | ) |
| SUPERINTENDENT, New Castle | ) |
| Correctional Facility, | ) |
| | ) |
| Respondent. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons set forth in the accompanying Entry, the Court now enters FINAL JUDGMENT. The petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

Date: 07/15/2014

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Miguel Munoz
DOC #211778
New Castle Correctional Facility
Inmate Mail/Parcels
1000 Van Nuys Rd.
P. O. Box A
New Castle, IN  47362

Electronically registered counsel